AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Danielle Vanessa Pappargeris

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1696-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 11, 2005** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense)

aid and abet another, who, not being a licensed importer, manufacturer, dealer or collector of firearms, did transport into the state where he resides (Massachusetts) firearms purchased or otherwise obtained by him outside that state

in violation of Title **18** United States Code, Section(s) **922(a)(3) and 2.**

I further state that I am a(n) **Special Agent, ATF** and that this complaint is based on the following facts:
Official Title

see attached affidavit of Jody Minick

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_/s/ Minick_
Signature of Complainant
JODY MINICK
Special Agent
ATF

Sworn to before me and subscribed in my presence,

**7-19-05** at Boston, MA
Date                                                      City and State

CHARLES B. SWARTWOOD, III
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.