AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Danielle Pappargeris

Case Number: 05-1696 CBS

*filed in open court 8/3/2005*

I, Danielle Pappargeris, charged in a (complaint) (petition) pending in this District with _____ in violation of Title _____, U.S.C., _____, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Aug 3 2005_
Date

_/s/ Danielle_
Defendant

_/s/_
Counsel for Defendant